IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**TAMMY BRAWNER** and
**GREG BRAWNER**

    Plaintiffs,

v.

    No. 3:17-cv-00108

**SCOTT COUNTY, TENNESSEE,**
**LISA TERRY, TIFFANY BYRGE,**
**AMY NICELY, DEREK PHILLIPS,**
**SHANE MASON, BRITTANY BROWN,**
unknown **JOHN** and
**JANE DOE,** jail officers,

And

**ADVANCED CORRECTIONAL**
**HEALTHCARE ("ACH"),**
and **BRITTANY MASSENGALE, LPN,**

    Defendants.

## NOTICE OF NO OBJECTION

Come the Defendants, Scott County, Tennessee, Lisa Terry, Tiffany Byrge, Amy Nicely, Derek Phillips, Shane Mason, and Brittany Brown by and through counsel and notify the court that these Defendants have no objection to Plaintiff filing the Second Amended Complaint. These Defendants, of course, reserve any and all defenses available to them and the filing of this notice should not be construed by anyone to be a waiver of any defense.

RESPECTFULLY SUBMITTED this 17th day of October, 2017.

/s/Arthur F. Knight, III
Arthur F. Knight, III, BPR # 016178
Jonathan S. Taylor, BPR#025094
Taylor & Knight, GP
800 S. Gay Street, Suite 600
Knoxville, Tennessee  37929
Phone: 865-971-1701
Fax: 865-971-1705
amber@taylorknightlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2017, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

*s/Arthur F. Knight, III*
Arthur F. Knight, III
