IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TAMMY BRAWNER and GREG BRAWNER, | § § § |
| Plaintiffs, | § No. 3:17-cv-108-JRG-HBG |
| v. | § Jury Demanded |
| SCOTT COUNTY, TENNESSEE, LISA TERRY, TIFFANY BYRGE, AMY NICELY DEREK PHILLIPS, SHANE MASON, BRITTANY BROWN, unknown John and Jane Doe jail officers, | § § § § § § |
| and | § |
| ADVANCED CORRECTIONAL HEALTHCARE ("ACH"), BRITTANY MASSENGALE, LPN, | § § § § |
| Defendants. | § |

## SUPPLEMENT TO MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TO ADD ADDITIONAL PARTIES AND ADDITIONAL CLAIMS

COME Plaintiffs, Tammy Brawner and Greg Brawner, by and through counsel, and respectfully supplement their Memorandum in Support of Motion for Leave to File Second Amended Complaint to Add Additional Parties and Additional Claims. Plaintiffs state as follows:

Plaintiffs filed the subject Motion and its accompanying Memorandum on October 16, 2017. In their Memorandum, based on previous communications with

defense counsel, Plaintiffs stated that Defendants have not indicated their opposition to the instant Motion.  Plaintiffs, however, wish to clarify this statement, as it was not intended to suggest that all Defendants, including Advanced Correctional Healthcare and Brittany Massengale, LPN, had given their express permission for Plaintiffs to amend the Complaint. While these Defendants have not yet voiced their opposition to the subject Motion, it is still possible that they may do so. Any suggestion to the contrary was inadvertent.

Respectfully submitted this **17th** day of **October, 2017**.

**BUTLER, VINES AND BABB, PLLC**

*/s/ Louis W. Ringger, III*
**Weldon E. Patterson (BPR 13608)**
**Louis W. Ringger, III (BPR 33674)**
2701 Kingston Pike
P.O. Box 2649
Knoxville, TN 37901-2649
865/637-3531 (phone)
865/637-3385 (fax)
wpatterson@bvblaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This **17th** day of **October, 2017**.

*/s/ Louis W. Ringger, III*
*Attorney for Plaintiffs*