IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TAMMY M. BRAWNER and GREG BRAWNER, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT COUNTY, TENNESSEE, LISA TERRY, TIFFANY BYRGE, AMY NICELY, DEREK PHILLIPS, SHANE MASON, BRITTNEY BROWN, unknown John and Jane Doe jailer officers; <br><br> ADVANCED CORRECTIONAL HEALTHCARE, INC. ("ACH"); <br><br> EDWARD W. CAPPARELLI, M.D.; <br><br> BRITTANY MASSENGALE, LPN; and <br><br> CAMBPELL COUNTY HMA, LLC d/b/a TENNOVA HEALTHCARE– LAFOLETTE MEDICAL CENTER, <br><br> Defendants. | Case No. 3:17-cv-108-JRG-HBG <br><br> JURY DEMAND |

---

## QUALIFIED PROTECTIVE ORDER
### PERMITTING *EX PARTE* INTERVIEWS WITH TREATING PROVIDERS

---

Upon motion of Defendant, Campbell County HMA, LLC, d/b/a Tennova Healthcare – LaFollette Medical Center, pursuant to Tenn. Code Ann. § 29-26-121(f), it is hereby **ORDERED**:

1. The Defendant and/or its attorneys may conduct informal interviews with the following health care providers of Tammy Brawner:

- Donald Gayda, D.O.

- Guy Clark, M.D.

2. The Defendant may discuss relevant information regarding this litigation, and may conduct interviews with the above-listed health care providers outside the presence of the Plaintiffs or their counsel.

3. Participation in any such interview by a treating health care provider is voluntary.

4. This Order expressly limits the dissemination of any protected health information of Tammy Brawner to the litigation pending before this Court, as stated in Tenn. Code Ann. § 29-26-121(f). Any protected health information obtained during the course of any informal interview, including copies of any notes and records, shall be returned to the health care provider or destroyed at the end of the litigation.

5. Any discussion with a relevant health care provider is limited to the parameters of Tenn. Code Ann. § 29-26-121(f).

6. Nothing in this Order restricts in any way the right of the Defendant or Defendant's counsel from conducting interviews outside the presence of Plaintiffs or Plaintiffs' counsel with the Defendant's own present or former employees, partners, or owners concerning this health care liability action.

ENTERED this __10__ day of __January__ 2018, 2017.

_Bruce Guyton,_
~~Judge Ronnie Greer~~
U.S. Magistrate Judge

2

APPROVED FOR ENTRY:


GIDEON, COOPER & ESSARY, PLC


By: /s/ Jordan K. Gibson
C. J. Gideon, #006034
J. Blake Carter, # 030098
Jordan K. Gibson, #035146
315 Deaderick Street, Suite 1100
Nashville, TN 37238
(615) 254-0400

*Counsel for Campbell County HMA, LLC
d/b/a Tennova Healthcare – LaFollette
Medical Center*

3

## CERTIFICATE OF SERVICE

I certify that on December 13, 2017, a true and correct copy of this document was electronically filed with the Court's CM/ECF system, with service to the following:

**Weldon E. Patterson**
**Louis W. Ringger, III**
Butler, Vines & Babb, PLLC
2701 Kingston Pike
Knoxville, TN  37919

*Counsel for Plaintiffs*

**Darren V. Berg**
Law Offices of Darren V. Berg
1722 Meadow Chase Lane
Knoxville, TN 37931

*Counsel for Plaintiffs*

**Heidi A. Barcus**
**Russ Swafford**
London & Amburn, P.C.
607 Market Street, Suite 900
Knoxville, TN 37902

*Counsel for Advanced Correctional Healthcare, Inc. and Brittany Massengale, LPN*

**Arthur F. Knight, III**
**Jonathan Swann Taylor**
Taylor & Knight
800 Gay Street, Suite 600
Knoxville, TN 37923

*Counsel for Scott Co., TN, Amy Nicely, Brittany Brown, Derrick Phillips, Lisa Terry, Shane Mason and Tiffany Byrge*

/s/ Jordan K. Gibson
C. J. Gideon, #006034
J. Blake Carter, #030098
Jordan K. Gibson, #035146

4