# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

TAMMY BRAWNER and
GREG BRAWNER,
§
§
§
Plaintiffs, § No. 3:17-cv-108-JRG-HBG
§
v. § Jury Demanded
§
SCOTT COUNTY, TENNESSEE, LISA §
TERRY, TIFFANY BYRGE, AMY NICELY §
DEREK PHILLIPS, SHANE MASON, §
BRITTANY BROWN, unknown John and §
Jane Doe jail officers, §
§
and §
§
ADVANCED CORRECTIONAL §
HEALTHCARE, INC. ("ACH"), §
§
and §
§
EDWARD W. CAPPARELLI, M.D., §
§
and §
§
BRITTANY MASSENGALE, LPN, §
§
and §
§
CAMPBELL COUNTY HMA, LLC d/b/a §
TENNOVA HEALTHCARE – §
LaFOLLETTE MEDICAL CENTER, §
§
Defendants. §

## NOTICE OF ATTORNEY'S LIEN

Comes now the law firm of Butler, Vines and Babb, P.L.L.C. and claims an attorney's lien in an amount to be determined by this Court. Butler, Vines and Babb, P.L.L.C. has provided good and valuable professional services to the Plaintiffs, has advanced litigation costs and expenses, and files this lien for professional services rendered and expenses advanced pursuant to an agreement between the parties and all applicable law, including, but not limited to, T.C.A. §23-2-102.

Respectfully submitted this 1st day of **February, 2018**.

*/s/ Weldon E. Patterson*
**Weldon E. Patterson, Esq. (BPR 13608)**
**Louis W. Ringger, III, Esq. (BPR 33674)**
Butler, Vines and Babb, PLLC
2701 Kingston Pike
Knoxville, TN 37919
865/637-3531
wpatterson@bvblaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on 1st day of **February, 2018**, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Weldon E. Patterson*
**Weldon E. Patterson**