UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TAMMY M. BRAWNER and GREG BRAWNER, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT COUNTY, TENNESSEE, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) No. 3:17-CV-108 ) ) ) ) ) |

## ORDER

This matter is before the Court to address a joint motion to voluntarily dismiss defendant filed by Plaintiff and Defendant Campbell County HMA, LLC d/b/a Tennova Healthcare – LaFollette Medical Center [Doc. 101]. It is hereby ORDERED that the motion [*Id.*] is GRANTED, and Defendant Campbell County HMA, LLC d/b/a Tennova Healthcare – LaFollette Medical Center is hereby DISMISSED WITHOUT PREJUDICE. *See* Fed. R. Civ. P. 41(a)(2).

**SO ORDERED.**

**ENTER:**

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE