IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

TAMMY BRAWNER and GREGORY )
BRAWNER, )
 )
    Plaintiff, )
 )
v. ) Case No. 3:17-cv-00108
 ) Jury Demanded
SCOTT COUNTY, TENNESSEE, et al. )
 )
    Defendants. )

**PLAINTIFF'S PRETRIAL WITNESS DISCLOSURE**

Plaintiffs, by and through counsel, submit the following pretrial witness disclosures and designations pursuant to Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure.

**A.** *Witnesses Plaintiff Expects to Call* **(other than solely for impeachment)**

1. D. Malcolm Spica, Ph.D., c/o Richard E. Collins, 422 S. Gay Street, Suite 300, Knoxville, TN 37902, (865) 522-9942;

2. Jesse C. Haggerty, III, M.D., MSc, MPH, Ph.D., c/o Richard E. Collins, 422 S. Gay Street, Suite 300, Knoxville, TN 37902, (865) 522-9942;

3. Lois Hawkins, RN, CLCP, c/o Richard E. Collins, 422 S. Gay Street, Suite 300, Knoxville, TN 37902, (865) 522-9942;

4. Plaintiff Tammy Brawner, c/o Richard E. Collins, 422 S. Gay Street, Suite 300, Knoxville, TN 37902, (865) 522-9942;

5. Plaintiff Greg Brawner, c/o Richard E. Collins, 422 S. Gay Street, Suite 300, Knoxville, TN 37902, (865) 522-9942;

6. Tiffany Byrge, c/o Arthur F. Knight, III, 800 South Gay Street, Suite 600, Knoxville, TN 37929;

7. Lisa Terry, c/o Arthur F. Knight, III, 800 South Gay Street, Suite 600, Knoxville, TN 37929;

8. Amy Nicely, c/o Arthur F. Knight, III, 800 South Gay Street, Suite 600, Knoxville, TN 37929;

9. Derek Phillips, c/o Arthur F. Knight, III, 800 South Gay Street, Suite 600, Knoxville, TN 37929;

1

10. Shane Mason, c/o Arthur F. Knight, III, 800 South Gay Street, Suite 600, Knoxville, TN 37929;

11. Brittany Brown, c/o Arthur F. Knight, III, 800 South Gay Street, Suite 600, Knoxville, TN 37929;

12. Captain Glyndara Tucker, c/o Arthur F. Knight, III, 800 South Gay Street, Suite 600, Knoxville, TN 37929;

13. Ronnie Phillips, c/o Arthur F. Knight, III, 800 South Gay Street, Suite 600, Knoxville, TN 37929;

14. Sheriff Mike Cross, c/o Arthur F. Knight, III, 800 South Gay Street, Suite 600, Knoxville, TN 37929;

15. Scott County Mayor, Dale Purdue (former) c/o Arthur F. Knight, III, 800 South Gay Street, Suite 600, Knoxville, TN 37929;

16. Brittany Massengale, c/o Jason Long 2226, 607 Market St # 900, Knoxville, TN 37902;

17. Edward W. Capparelli, M.D., c/o Jason Long 2226, 607 Market St # 900, Knoxville, TN 37902;

18. Beverly Brinker, Scott County Emergency Medical Service, 18797 Alberta St, Oneida, TN 37841;

19. Jamie Byrd, Scott County Emergency Medical Service, 18797 Alberta St, Oneida, TN 37841;

20. Michelle Lynn Phillips, address unknown

21. Donald J. Gayda, DO, LaFollette Medical Center, 923 E. Central Avenue, LaFollette, TN 37766, (423) 907-1200

22. Guy Clark, M.D., LaFollette Medical Center, 923 E. Central Avenue, LaFollette, TN 37766, (423) 907-1200

23. Ashely Witick, RN, LaFollette Medical Center, 923 E. Central Avenue, LaFollette, TN 37766, (423) 907-1200

24. Misty Crawford, RN, LaFollette Medical Center, 923 E. Central Avenue, LaFollette, TN 37766, (423) 907-1200;

25. Glen A. Pollock, M.D., Tennova Neurosciences, 930 E. Emerald Ave., Suite 511, Knoxville, TN 37917, (865) 647-3550;

26. Thea Cross, M.D., Tennova Neurosciences, 930 E. Emerald Ave., Suite 511, Knoxville, TN 37917, (865) 647-3550.

B. *Witnesses Plaintiff May Call if the Need Arises* (other than solely for impeachment):

1. David Bruce Coffey, M.D., Coffey Family Medical Clinic, 281 Underpass Drive, Oneida, TN 37841, (423) 569-5454;

2. Larry E. Wolfe, MD, Mountain People's Health Councils, Inc. d/b/a Huntsville Primary Care, 2974 Baker Highway, Huntsville, TN 37756, (423) 663-9200;

3. Evann Herrell, DO, Keri J. McFarlane, M.D., or Cyrus Erickson, M.D., Express Health Clinic, 2335 North Gateway Avenue, Harriman, TN 37748;

4. Steven West, Scott County Emergency Medical Service, 18797 Alberta St, Oneida, TN 37841;

5. Timothy Strunk, Scott County Emergency Medical Service, 18797 Alberta St, Oneida, TN 37841;

6. Thomas Cohen, M.D., LaFollette Medical Center, 923 E. Central Avenue, LaFollette, TN 37766;

7. Christian Terzian, M.D., LaFollette Medical Center, 923 E. Central Avenue, LaFollette, TN 37766;

8. Nick Baloga, P.A., Physicians Regional Medical Center, 7565 Dannaher Drive, Powell, TN 37849;

9. Dale Nichols, M.D., Physicians Regional Medical Center, 7565 Dannaher Drive, Powell, TN 37849;

10. Christopher Akins, Physicians Regional Medical Center, 7565 Dannaher Drive, Powell, TN 37849;

11. J. Johnson, Jr., M.D., Physicians Regional Medical Center, 7565 Dannaher Drive, Powell, TN 37849;

12. Michael Flynn, P.A., Physicians Regional Medical Center, 7565 Dannaher Drive, Powell, TN 37849;

13. Towanna Mounce, address unknown

14. Heather Dawn Sexton, address unknown;

15. Lisa Marie Kurpieski, address unknown;

16. Regina Lea Willoughby, address unknown;

17. Scott County Mayor, Jeff Tibbals, c/o Arthur F. Knight, III, 800 South Gay Street, Suite 600, Knoxville, TN 37929;

18. Tommy Silcox, c/o Arthur F. Knight, III, 800 South Gay Street, Suite 600, Knoxville, TN 37929;

19. Jannetta Cox, address unknown;

20. Rashida Crabtree, address unknown;

21. Any witness identified by the Defendants in their pre-trial witness lists, including all records custodians listed by Defendants;

22. Any witness necessary for impeachment or rebuttal.

**C.** *Witnesses Plaintiff Expects to Present by Deposition* **(other than solely for impeachment):**

| Deposition | Page and Line Numbers |
|---|---|
| Glynndara Tucker | Pg. 6, ln. 14 to Pg. 10, ln. 4; Pg. 10, ln. 24 to Pg. 12, ln. 13; Pg. 12, ln. 25 to Pg. 29, ln. 19; Pg. 31, ln. 3 to Pg. 42, ln. 22; Pg. 50, ln. 1 to Pg. 51, ln. 9. |
| Lisa Terry | Pg. 5, ln. 2 to Pg. 10, ln. 21; Pg. 12, ln. 2 to ln. 19; Pg. 14, ln. 8 to ln. 25; Pg. 15, ln. 1 to ln. 17; Pg. 17, ln.12 to ln. 23; Pg. 18, ln. 7 to Pg. 19, ln. 1; Pg. 22, ln. 16 to ln. 19; Pg. 23, ln. 20 to Pg. 25, ln. 24. |
| Shane Mason | Pg. 6, ln. 4 to Pg. 7, ln. 9; Pg. 8, ln. 10 to Pg. 9, ln. 24; Pg. 10, ln. 7 to Pg. 14, ln. 17; Pg. 24, ln. 6 to ln. 16; Pg. 40, ln. 5 to Pg. 41, ln. 8; Pg. 42, ln. 19 to Pg. 48, ln. 11; Pg. 50, ln. 1 to Pg. 52, ln. 5; Pg. 53, ln. 8 to ln. 17; Pg. 54, ln. 23 to Pg. 56, ln. 8; Pg. 56, ln. 18 to Pg. 57, ln. 19; Pg. 64, ln. 18 to ln. 21; Pg. 71, ln. 10 to Pg. 73, ln. 21; Pg. 76, ln. 8 to Pg. 77, ln. 11; Pg. 84, ln. 4 to ln. 19; Pg. 87, ln. 20 to Pg. 88, ln. 9; |
| Derrick Phillips | Pg. 7, ln. 23 to Pg. 8, ln. 3; Pg. 24, ln. 15 to Pg. 25, ln. 25; Pg. 27, ln. 1 to Pg. 29, ln. 23; Pg. 30, ln. 15 to Pg. 31, ln. 7. |

4

| | |
|---|---|
| Brittany Brown | Pg. 6, ln. 4 to Pg. 9, ln. 13; Pg. 10, ln. 19 to Pg. 12, ln. 23. |
| Tiffany Byrge | Pg. 4, ln. 6 to Pg. 5, ln. 19; Pg. 6, ln. 23 to Pg. 7, ln. 6 to Pg. 14, ln. 14; Pg. 14, ln. 25 to Pg. 19, ln. 1; Pg. 18, ln. 13 to Pg. 22, ln. 10 to Pg. 23, ln. 12. |
| Brittany Massengale | Pg. 38, ln. 21 to Pg. 39, ln. 12; Pg. 40, ln. 5 to ln. 21; Pg. 40, ln. 22 to Pg. 41, ln. 7; Pg. 43, ln. 8; Pg. 45, ln. 4 to ln. 21; Pg. 46, ln. 11 to Pg. 53, ln. 24; Pg. 54, ln. 5 to Pg. 55, ln. 19; Pg. 56, ln. 5 to Pg. 59, ln. 13; Pg. 61, ln. 18 to Pg. 77, ln. 14; Pg. 78, ln. 8 to Pg. 80, ln. 10. |
| Amy Nicely (Lay) | Pg. 4, ln. 6 to Pg. 7, ln. 7; Pg. 9, ln. 17 to ln. 21; Pg. 12, ln. 3 to Pg. 17, ln. 7; Pg. 18, ln. 13 to Pg. 19, ln. 21. |

Plaintiffs reserve the right to supplement this witness list and deposition designations in accordance with the Federal Rules of Civil Procedure and the Court's scheduling order.

Respectfully submitted,

/s/Richard E. Collins
Richard E. Collins (TN Bar No. 024368)
422 S. Gay Street, Suite 301
Knoxville, TN 37902
(865) 409-4416
(865) 522-9945
richard@knoxvilleattorney.com

Darren V. Berg (TN Bar No. 023505)
LAW OFFICES OF DARREN V. BERG
(865) 773-8799
berg1222@hotmail.com

**Counsel for the Plaintiffs**

5

## CERTIFICATE OF SERVICE

  I hereby certify that I have this 26th day of February, 2019, filed a true and correct copy of the foregoing electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

              /s/Richard E. Collins
              Richard E. Collins