United States District Court
Tennessee Eastern District
Exhibits Log: 3:17-CV-108
Tammy Brawner, et al vs. Scott County, TN, et al, 5/7/2019

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Pla-1 | Brawner Booking List of Medications | No |
| Pla-2 | Scott County Ambulance Records | No |
| Pla-3 | Lafollette Medical Records 070716 | No |
| Pla-3-a | Lafollette Medical Records 071516 | No |
| Pla-4 | 911 Call 070716 | No |
| Pla-4-a | 911 Call 071516 | No |
| Pla-5 | Narrative Progress Notes 071416 | No |
| Pla-6 | Observation Log | No |
| Pla-7 | Blank Documentation Sheet 071116 | No |
| Pla-8 | Med Eval 071216 | No |
| Pla-9 | Tennova Neurosciences 121916 | No |
| Pla-10 | Tennessee Corrections Institute Inspection Report 052616 | No |
| Pla-11 | Scott County Jail Polices and Procedure No. 11.01 | No |
| Pla-12 | Policies and Procedures Manual for Jail Health Services | No |
| Pla-16-a | Photograph Leg Scars | No |
| Pla-16-b | Photograph Leg Scars | No |
| Pla-17-a | Photograph Brawner Family | No |
| Pla-17-b | Photograph Mrs. Tammy Brawner | No |
| Pla-23 | Complete Inmate Med File from Massengale | No |
| Pla-24 | Dr. Malcolm Spica Curriculum Vitae | No |
| Pla-25 | Dr. Jesse Haggerty Curriculum Vitae | No |
| Pla-26 | Lois Hawkins RN Curriculum Vitae | No |
| Pla-29 | US Life Table 6 | No |
| Pla-30 | Neuropsychological Examination 041917 | No |
| Pla-31 | LaFollette Medical Center Bill 070716 | No |
| Pla-31-a | LaFollette Medical Center Bill 071516 | No |
| Pla-31-b | PRMC Bill 071516 | No |
| Pla-48 | Burden Drug Store Records | No |
| Pla-51 | Physician Drug References | No |
| Def-57 | June 26 2016 Booking | No |
| Def-58 | April 29 2016 Booking | No |
| Def-59 | April 6 2015 Booking | No |
| Def-60 | April 3 2013 Booking | No |
| Def-61 | April 24 2011 Booking | No |
| Def-62 | April 3 2011 Booking | No |
| Def-63 | August 11 2008 Booking | No |
| Def-64 | July 9 2008 Booking | No |
| Def-65 | March 11 2008 Booking | No |
| Def-66 | December 18 2007 Booking | No |

| Def-67 | November 11 2007 Booking | No |
| Def-68 | November 9 2007 Booking | No |
| Def-69 | October 26 2007 Booking | No |
| Def-70 | October 5 2007 Booking | No |
| Def-71 | September 24 2007 Booking | No |
| Def-72 | May 18 2005 Booking | No |
| Def-73 | February 18 2005 Booking | No |
| Def-74 | October 21 2004 Booking | No |
| Def-75 | October 15 2004 Booking | No |
| Def-76 | May 13 2004 Booking | No |