# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

**TAMMY BRAWNER,**

    Plaintiff,

v.

**SCOTT COUNTY, TENNESSEE,**

    Defendant.

No. 3:17-cv-00108

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby appear, by and through counsel, pursuant to Fed. Rule Civ. Pro. 41(a)(1)(A)(ii) and stipulate that any and all claims that are included or could be included herein against Defendant Scott County, Tennessee are hereby dismissed with prejudice. Each party shall bear their own attorney's fees and costs.

Respectfully submitted this 4th day of May, 2023.

| | |
|---|---|
| Stanley, Kurtz & Collins, PLLC | Taylor & Knight GP |
| | |
| */s/Richard E. Collins* | */s/Arthur F. Knight, III* |
| Richard E. Collins (BPR# 024368) | Arthur F. Knight, III, BPR # 016178 |
| 422 S. Gay Street, Third Floor | 800 S. Gay Street, Suite 600 |
| Knoxville, TN 37902 | Knoxville, Tennessee 37929 |
| (865) 522-9942 | Phone: 865-971-1701 |
| (865) 522-9945 fax | Fax: 865-971-1705 |
| richard@knoxvilleattorney.com | aknight@taylorknightlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 4, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

      */s/ Arthur F. Knight, III*
      Arthur F. Knight, III