IN THE UNITED STATES DISTRICT COURT
EASTERN SECTION OF TENNESSEE
AT GREENEVILLE

BRAWNER, et al.,

    Plaintiffs,

v.                                                    Civil Action No.: 3:17-cv-108

SCOTT COUNTY, TENNESSEE, et al.,

    Defendants.

## NOTICE OF INTENT TO ENFORCE ATTORNEY'S FEE LIEN FILED BY DARREN VINCENT BERG, ESQ.

Darren Vincent Berg, Esq., through counsel, hereby notifies this Honorable Court and the parties of the existence of an equitable attorney's fee lien in favor of himself and his law office for unpaid services and unpaid expenses, attaching to the settlement proceeds payable by the Defendants to the Plaintiffs. See Docs # 214 and 244.

                                                Respectfully submitted,

                                                s/Russ Egli
                                                Russ Egli, BPR#24408
                                                The Egli Law Firm
                                                Counsel for Darren Vincent Berg, Esq.
                                                11109 Lake Ridge Drive, FL3
                                                Knoxville, Tennessee 37934
                                                865-304-4125
                                                865-274-8872
                                                F: 855-827-0624
                                                theeglilawfirm@gmail.com

# ECF CERTIFICATE OF SERVICE

I, the under-signed authority, certify that a true and accurate copy of the foregoing Notice has been sent to all counsel of record through the Court's ECF filing system and by other means to:

Lauren Paxton Roberts, Esq.
Counsel for Dan Stanley, Esq. and Richard Collins, Esq.
as well as STANLEY KURTZ & COLLINS
By E-mail: lauren.roberts@stites.com

This the 22nd day of May 2023.

s/Russ Egli
Russ Egli