IN THE UNITED STATES DISTRICT COURT
EASTERN SECTION OF TENNESSEE
AT GREENEVILLE

BRAWNER, et al.,

    Plaintiffs,

v().                                                                        Civil Action No.: 3:17-cv-108

SCOTT COUNTY, TENNESSEE, et al.,

    Defendants.

## NOTICE OF INTENTION TO MOVE FOR LEAVE FOR WITHDRAWAL AS COUNSEL FOR DARREN V. BERG

Please take NOTICE that under-signed counsel has a conflict with Darren V. Berg and, therefore, the under-signed intends to mail to Mr. Berg a Motion to Withdraw as Counsel prior to filing the same with this Honorable Court until 14 days have passed pursuant to LR 83.4.[1]

                                      Respectfully submitted,

                                      s/Russ Egli
                                      Russ Egli, BPR#24408
                                      The Egli Law Firm
                                      Counsel for Darren V. Berg
                                      11109 Lake Ridge Drive, FL3
                                      Concord, TN 37934
                                      865-304-4125
                                      theeglilawfirm@gmail.com

---

[1] Mr. Berg has indicated he intends to move forward on his claim for attorney's fees pro se, however, communications with Mr. Berg have completely broken down and under-signed counsel has not herd back from Mr. Berg as to his intentions despite requests regarding the same.

## ECF CERTIFICATE OF SERVICE

      I, the under-signed counsel, certify that a true and accurate copy of the foregoing Notice has been sent to all counsel of record through the Court's ECF system. This notice has also been mailed and emailed to Mr. Berg's last known address.

Darren V. Berg – dberglawfirm@gmail.com

Address:      P.O. Box 453, Knoxville, TN 37901-0453.

                            s/Russ Egli
                            Russ Egli