UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TAMMY BRAWNER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 3:17-CV-00108-JRG-JEM |
| SCOTT COUNTY, TENNESSEE, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on United States Magistrate Judge Jill E. McCook's Report and Recommendation [Doc. 266], in which she recommends that the Court deny the Motion to Enforce Attorney's Lien Filed by Weldon Patterson, Esq. and Show Cause [Doc. 248]. Attorney Weldon Patterson has not filed an objection to the Report and Recommendation and the time in which to do so has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

Having reviewed the record, the Court agrees with Judge McCook's recommendation. The Court therefore **ACCEPTS IN WHOLE** the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). For the reasons set out in the Report and Recommendation, which the Court adopts and incorporates into this Order, the Motion to Enforce Attorney's Lien Filed by Weldon Patterson, Esq. and Show Cause [Doc. 248] is **DISMISSED** for lack of jurisdiction.

So ordered.

ENTER.

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE